UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| **JEREMY KERR,** | ) | CASE NO. 3:20CV1256 |
| | ) | |
| Petitioner, | ) | JUDGE CHRISTOPHER A. BOYKO |
| | ) | |
| vs. | ) | |
| | ) | |
| **NEIL TURNER, Warden,** | ) | MEMORANDUM OF |
| | ) | OPINION AND ORDER |
| Respondent. | ) | |

**CHRISTOPHER A. BOYKO, J.:**

This matter is before on the court on Magistrate Judge Carmen E. Henderson's Report and Recommendation (Doc. 6) to grant Respondent's Motion to Transfer the Petition (Doc. 4) and to transfer the case to the Sixth Circuit pursuant to 28 U.S.C. § 2244(b) as a second or successive habeas petition. Objections to the Report and Recommendation were due by November 16, 2020. Petitioner has not filed an objection to the Report and Recommendation.

Federal Rule of Civil Procedure 72(b) provides that objections to a report and recommendation must be filed within fourteen days after service. FED. R. CIV. P. 72(b)(2). Petitioner failed to timely file any such objection. Therefore, the Court must assume that Petitioner is satisfied with the Magistrate Judge's recommendation. Any further review by this Court would be duplicative and an inefficient use of the Court's limited resources. *Thomas v. Arn*, 474 U.S. 140, 155 (1985); *United States v. Walters*, 638 F.2d 947, 949-50 (6th Cir. 1981).

Accordingly, the Court **ADOPTS** the Report and Recommendation of the Magistrate Judge; **GRANTS** Respondent's Motion to Transfer (Doc. 4); and **TRANSFERS** the Petition to the Sixth Circuit pursuant to 28 U.S.C. § 2244(b).

**IT IS SO ORDERED.**

    s/ Christopher A. Boyko
**CHRISTOPHER A. BOYKO**
**Senior United States District Judge**

**Dated: December 17, 2020**